Febuary 19th, 2015

Appellate Court Clerk
7th District Court of Appeals
501 S. Fillmore St. #2A
P.O. Box 9540
Amarillo, Texas 79105

FILED
FEB 25 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK



RE: State of Texas v. Aubrey Joe Johnson
Trial Cause No. 53981-C of 251st District Court

Dear Clerk:

My name again is Aubrey Joe Johnson and I wish to inquire of some documents pertaining to a criminal case that originated out of the 251st District Court (No. 53981-C). I'm truly sorry but unfortunately I do not know the appeal case number. Let me explain what preceded this letter.

I recently contacted Ms. Caroline Woodburn, Potter County District Clerk, to request a copy of the statement of facts in the above criminal case and also asked who represented me on appeal so that I may request from him/her the documents needed in order to challenge the validity of the conviction through a post-conviction remedy. Ms. Woodburn informed me that

the attorney who represented me on appeal, Mr. Arnold Miller was deceased but the law office he practiced at was still open. So, I sent a letter to the law office of Miller, Johnston & Blakely at 223 S.W. 4th Ave. in Amarillo 79101 asking for a copy of the defense and state's brief on direct appeal and a copy of the Court of Appeals' decision on direct but unfortunately, the letter was returned as "unable To Forward." So that brings us to the current situation. If possible, I would ask if you could help in this regard and send me a copy of both briefs filed and the opinion from the criminal case supra. And if that's too much, the opinion would do wonders in order for me to challenge the conviction in "forma pauperus." Again, I do apologize for not knowing the appeal number and I do hope that the task asked isn't too strenuous. I wish to offer my thanks well in advance for any help that you may be able to provide in this matter. Thank you and God bless!

Sincerely,
Mr. Aubrey Joe Johnson Jr.

Aubrey Joe Johnson #1392217
Mark Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

CC:
P/File

Aubrey Johnson #1392217
Mark Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

15 FEB 2015 PM 7 L

Court of Appeals, 7th District
Attn: Appellate Court Clerk
501 S. Fillmore St. #2A
P.O. Box 9540
Amarillo, Texas 79105

79105